# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

───────────────────

**No. 201600388**

───────────────────

**UNITED STATES OF AMERICA**
Appellee

v.

**WILLIAM E. FRANKLIN**
Corporal (E-4), U.S. Marine Corps
Appellant

───────────────────

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Christopher M. Greer, USMC.
Convening Authority: Commander, Marine Corps Installations National Capital Region, Marine Corps Base Quantico, Quantico, VA.
Staff Judge Advocate's Recommendation: Major Michael J. Eby, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

───────────────────

Decided 31 January 2017

───────────────────

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

───────────────────

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court